TERMED,CJAATY

# U.S. District Court
## Southern District of Iowa (Davenport)
### CRIMINAL DOCKET FOR CASE #: 3:13−cr−00015−SMR−HCA−1

Case title: USA v. Efthimiatos et al
Magistrate judge case number: 3:13−mj−00003−TJS

USDC  D-VT
2:18-cr-136-1

Date Filed: 03/19/2013
Date Terminated: 06/19/2014

Assigned to: Judge Stephanie M. Rose
Referred to: Chief Magistrate Judge Helen C. Adams

Appeals court case number: 14−2612

**Defendant (1)**

**Angelo Peter Efthimiatos**
*TERMINATED: 06/19/2014*

represented by **Andrea D Mason**
KEEGAN TINDAL & MASON
2322 EAST KIMBERLY ROAD
SUITE 100E
DAVENPORT, IA 52807
319−887−6900
Fax: 319−688−2754
Email: andrea@keeganlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Diane Z. Helphrey**
FEDERAL PUBLIC DEFENDER
101 W SECOND STREET
SUITE 401
DAVENPORT, IA 52801
563 322 8931
Fax: 563 383 0052
Email: diane_helphrey@fd.org
*TERMINATED: 11/13/2013*
Designation: Public Defender or Community Defender Appointment

**John L Lane**
310 Law Building
225 Second Street SE
Cedar Rapids, IA 52401
319 363 3839
Fax: 319 363 4851
Email: attyjohnlane@msn.com
*TERMINATED: 12/07/2017*
Designation: CJA Appointment

**Pending Counts**

CONSPIRACY TO DISTRIBUTE
MARIJUANA; 21:846 and
841(b)(1)(C); Drug Conspiracy
(Marijuana)
(1s)

**Disposition**

On Counts 1s and 2s, Defendant is sentenced to 57 months of incarceration, to run concurrently. A 3−year term of SR to follow on Count 1s, and a 2−year term of SR to follow on Count 2s, to run concurrently. Court orders a $100 special assessment on each count. Court orders $5,000 in

| | |
|---|---|
| MARIJUANA − SELL, DISTRIBUTE, OR DISPENSE; 21:841(a)(1) and 841(b)(1)(D); Possession and Distribution of Drugs (Marijuana) (2s) | restitution.<br><br>On Counts 1s and 2s, Defendant is sentenced to 57 months of incarceration, to run concurrently. A 3−year term of SR to follow on Count 1s, and a 2−year term of SR to follow on Count 2s, to run concurrently. Court orders a $100 special assessment on each count. Court orders $5,000 in restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE MARIJUANA: 21:846 and 21:841(b)(1)(B); Drug Conspiracy (Marijuana) (1) | Counts 1 and 2 superseded. |
| CONSPIRACY TO DISTRIBUTE MARIJUANA: 21:841(a)(1)and 21:841(b)(1)(D); Possession and Distribution of Drugs (Marijuana) (2) | Counts 1 and 2 superseded. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:846=MD.F − 21:846, 841(a)(1) and (b)(1)(D) − Conspiracy to Distribute Marijuana; and 21:841(a)(1) and (b)(1)(D) − Possession with Intent to Distribute Marijuana | |

---

**Claimant**

**Daniel Kropas**  
*TERMINATED: 12/08/2014*

represented by **James Francis McLaughlin**  
LAW OFFICE OF JAMES F. MCLAUGHLIN  
4 Lillinonah Ridge Drive  
New Milford, CT 06776  
203−744−9515  
Email: jfmctlaw@gmail.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

---

**Claimant**

**US Flight Aircraft Maintenance**  
*TERMINATED: 12/08/2014*

represented by **US Flight Aircraft Maintenance**  
c/o Bernard J Paquette  
One Wallingford Road  
Danbury, CT 06810  
914 288 8088  
*PRO SE*

**Claimant**

**Westconn Aviation LLC**  
*TERMINATED: 12/08/2014*

represented by **Westconn Aviation LLC**  
c/o Chris Orifici  
219 Spring Street  
South Salem, NY 10590  
PRO SE

**Plaintiff**

**USA**

represented by **Clifford R Cronk , III**  
UNITED STATES ATTORNEY'S OFFICE − DAV  
131 East 4th Street  
Suite 310  
Davenport, IA 52801  
563 449 5415  
Fax: 563 449 5433  
Email: Cliff.Cronk@USDOJ.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Government − Federal*

**Maureen McGuire**  
UNITED STATES ATTORNEY'S OFFICE − DSM  
110 E COURT AVE  
SUITE 286  
DES MOINES, IA 50309  
515−473−9300  
Fax: 515 473−9282  
Email: maureen.mcguire@usdoj.gov  
*TERMINATED: 07/24/2017*  
*Designation: Government − Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2013 | 1 | COMPLAINT filed by USA as to Angelo Peter Efthimiatos signed by Magistrate Judge Thomas J. Shields. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 |   | Judge update in case as to Angelo Peter Efthimiatos. Magistrate Judge Thomas J. Shields added. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 |   | Case unsealed as to Angelo Peter Efthimiatos. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 |   | Arrest of Angelo Peter Efthimiatos. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields. Initial Appearance as to Defendant Angelo Peter Efthimiatos held on 2/20/2013. Attorney Diane Helphrey appeared for Defendant. Preliminary Hearing set for 2/25/2013 at 09:30 AM in Davenport − Room 140 − 1st Floor before Magistrate Judge Thomas J. Shields. Detention Hearing set for 2/25/2013 at 09:30 AM in Davenport − Room 140 − 1st Floor before Magistrate Judge Thomas J. Shields. (Court Reporter FTR Gold−140) (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 | 3 | ORAL MOTION for Detention by USA as to Angelo Peter Efthimiatos. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |
| 02/20/2013 | 4 | TEMPORARY ORDER OF DETENTION as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 2/20/2013. (dmh) [3:13−mj−00003−TJS] (Entered: 02/20/2013) |

| | | |
|---|---|---|
| 02/22/2013 | 5 | TEXT ORDER. Due to inclement weather conditions, and the need for witnesses to travel from out of town, the preliminary and detention hearing for Defendant Angelo Peter Efthimiatos is continued from February 22, 2013 to February 25, 2013 at 9:30 a.m., at the U.S. Courthouse, Davenport, before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 2/22/2013. (dam) [3:13−mj−00003−TJS] (Entered: 02/22/2013) |
| 02/25/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields: Preliminary Hearing as to Angelo Peter Efthimiatos held on 2/25/2013. Court finds PC for the issuance of the criminal complaint and arrest of the defendant. (Court Reporter Linda Egbers.) (bp) [3:13−mj−00003−TJS] (Entered: 02/25/2013) |
| 02/25/2013 | 7 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields: Detention Hearing as to Angelo Peter Efthimiatos held on 2/25/2013. (Court Reporter Linda Egbers.) (bp ) [3:13−mj−00003−TJS] (Entered: 02/25/2013) |
| 02/25/2013 | 8 | ORDER granting 3 Motion for Detention as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 02/25/13. (bp ) [3:13−mj−00003−TJS] (Entered: 02/25/2013) |
| 02/25/2013 | 9 | EXHIBIT LIST as to Angelo Peter Efthimiatos in re 7 Detention Hearing. (bp ) [3:13−mj−00003−TJS] (Entered: 02/25/2013) |
| 03/21/2013 | | Case unsealed as to Angelo Peter Efthimiatos. (rmj) (Entered: 03/21/2013) |
| 03/21/2013 | | Judge update in case as to Angelo Peter Efthimiatos. Judge Stephanie M. Rose and Magistrate Judge Thomas J. Shields added. (rmj) (Entered: 03/21/2013) |
| 03/21/2013 | 11 | SEALED INDICTMENT as to Angelo Peter Efthimiatos as to Counts One and Two. (rmj) (Entered: 03/21/2013) |
| 03/21/2013 | 12 | REDACTED INDICTMENT regarding Angelo Peter Efthimiatos. (rmj) (Entered: 03/21/2013) |
| 03/21/2013 | 13 | TEXT Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Grand Jury Presentment as to Angelo Peter Efthimiatos held on 3/21/2013. Richard D. Westphal present for the Government. Not Secret. Notice to issue. Gov. requested Detention. ***ARRAIGNMENT SCHEDULED FOR 3/29/2013 09:00 AM in Davenport − Room 140 − 1st Floor before Magistrate Judge Thomas J. Shields. (Court Reporter None.) [8:47−8:57am] (rmj) (Entered: 03/21/2013) |
| 03/29/2013 | 14 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields. Arraignment as to Angelo Peter Efthimiatos on Counts 1 and 2 held on 3/29/2013. (Court Reporter FTR Gold−140) (dmh) (Entered: 03/29/2013) |
| 03/29/2013 | 15 | TEXT ORDER SETTING TRIAL as to Angelo Peter Efthimiatos. Jury Trial set for 6/3/2013 at 09:00 AM in Davenport − Room 120 − 1st Floor before Judge Stephanie M. Rose. Discovery due by 4/7/2013. Reciprocal Discovery due by 4/17/2013. Motions due by 5/7/2013. Pretrial Conference set for 5/14/2013 at 09:00 AM in Davenport − Room 140 − 1st Floor before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 3/29/2013. (dmh) (Entered: 03/29/2013) |
| 05/07/2013 | 16 | ORDER SETTING PRETRIAL CONFERENCE as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 05/07/13. (bp ) (Entered: 05/07/2013) |
| 05/08/2013 | 17 | TEXT ORDER as to Angelo Peter Efthimiatos. The undersigned judge will hold a telephonic status conference with counsel on Thursday, May 16, 2013, at 9:30 a.m. At the time of the status conference, counsel should call the Court's "Meet−Me" conference line (515/284−6259) and at the prompt enter 116259 to be connected to the conference call. The pretrial conference set for May 14, 2013 is cancelled. Signed by Judge Stephanie M. Rose on 5/8/2013.(nsr) (Entered: 05/08/2013) |
| 05/16/2013 | 18 | TEXT Minute Entry for telephonic status conference held 5/16/2013 before Judge Stephanie M. Rose. Participating in the conference: Cliff Cronk for the government and Diane Helphrey for defendant Angelo Peter Efthimiatos. Order to follow. (Court Reporter Kelli Mulcahy) (nsr) (Entered: 05/16/2013) |

| | | |
|---|---|---|
| 05/16/2013 | 19 | ORDER TO CONTINUE − Ends of Justice as to Defendant Angelo Peter Efthimiatos. Jury Trial set for 2−week period commencing 8/5/2013 at 9:00 AM in Davenport Courthouse before Judge Stephanie M. Rose. Pretrial motion deadline extended to 7/15/2013. Signed by Judge Stephanie M. Rose on 5/16/2013. (nsr) (Entered: 05/16/2013) |
| 07/15/2013 | 20 | MOTION to Suppress *Statements and Request for Evidentiary Hearing* by Angelo Peter Efthimiatos. Responses due by 7/25/2013 (Attachments: # 1 Brief in Support)(Helphrey, Diane) (Entered: 07/15/2013) |
| 07/15/2013 | 21 | MOTION to Suppress *Evidence* by Angelo Peter Efthimiatos. Responses due by 7/25/2013 (Attachments: # 1 Brief in Support Motion to Suppress Evidence and Request for Evidentiary Hearing)(Helphrey, Diane) (Entered: 07/15/2013) |
| 07/17/2013 | 22 | MOTION to Continue Trial by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. (Helphrey, Diane) (Entered: 07/17/2013) |
| 07/19/2013 | 23 | ORDER granting 22 Motion to Continue Trial as to Angelo Peter Efthimiatos (1). Jury Trial set for 2−week period commencing 9/3/2013 at 9:00 AM in Davenport Courthouse before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 7/19/2013. (nsr) (Entered: 07/19/2013) |
| 07/25/2013 | 24 | TEXT ORDER: ORDER SETTING HEARING ON MOTIONS. Defendant Angelo P. Efthimiatos has filed motions to suppress evidence and statements 20 , 21 . The Court will hold a hearing on the motions commencing at 9:00 a.m. on Thursday, August 8, 2013, at the United States Courthouse in Davenport, Iowa. The U.S. Marshals Service shall have Defendant present for the hearing. Signed by Judge Stephanie M. Rose on 7/25/2013. (nsr) (Entered: 07/25/2013) |
| 07/29/2013 | 26 | MOTION for Extension *of time to file responses* by USA as to Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 8/8/2013 (Cronk, Clifford) (Entered: 07/29/2013) |
| 07/30/2013 | 27 | TEXT ORDER: ORDER granting 26 Government's unresisted motion for extension of time. The Government shall have until the close of business on Friday, August 2, 2013, to respond to the motions to suppress 20 and 21 . Signed by Judge Stephanie M. Rose on 7/30/2013. (nsr) (Entered: 07/30/2013) |
| 08/01/2013 | 29 | First MOTION to Continue *suppression motion* by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 8/12/2013 (Helphrey, Diane) (Entered: 08/01/2013) |
| 08/02/2013 | 30 | RESPONSE in Opposition/Resistance by USA as to Angelo Peter Efthimiatos re 21 MOTION to Suppress *Evidence*, 20 MOTION to Suppress *Statements and Request for Evidentiary Hearing* Replies due by 8/12/2013. (Attachments: # 1 Exhibit First advisement form, # 2 Exhibit Second advisement form, # 3 Exhibit Consent to search form)(Cronk, Clifford) (Entered: 08/02/2013) |
| 08/02/2013 | 31 | TEXT ORDER: The Court grants Defendant Angelo Efthimiatos's unresisted motion to continue hearing 29 . Hearing on Defendant's motions to suppress statements 20 and evidence 21 is continued and will be held on Friday, August 16, 2013, at 1:00 p.m. at the United States Courthouse in Davenport, Iowa. The United States Marshals Service will have Defendant Efthimiatos present for the hearing. Signed by Judge Stephanie M. Rose on 8/2/2013. (nsr) (Entered: 08/02/2013) |
| 08/05/2013 | 32 | TEXT ORDER as to Angelo Peter Efthimiatos. On Wednesday, August 7, 2013, at noon, the Court will hold a telephone conference with counsel to discuss a date for the suppression hearing. At the time of the conference call, counsel should call the Court's "Meet−Me" conference line (515/284−6259) and at the prompt enter 116259 to be connected to the conference call. Signed by Judge Stephanie M. Rose on 8/5/2013.(nsr) (Entered: 08/05/2013) |
| 08/07/2013 | 33 | TEXT Minute Entry for scheduling conference held 8/7/2013 before Judge Stephanie M. Rose. Participating in the conference were: Clifford Cronk for the Government and Diane Helphrey for Defendant Efthimiatos. Order to follow. (Court Reporter Kelli Mulcahy)(nsr) (Entered: 08/07/2013) |

| | | |
|---|---|---|
| 08/07/2013 | 34 | ORDER TO CONTINUE − Ends of Justice as to Defendant Angelo Peter Efthimiatos. Jury Trial set for 2−week period commencing November 4, 2013, at 9:00 AM in Davenport Courthouse before Judge Stephanie M. Rose. Estimated length of trial − 3 1/2 days. Final pretrial conference set for Friday, October 25, 2013, at 3:30 PM by Phone Hearing before Judge Stephanie M. Rose. Suppression hearing continued to Friday, September 6, 2013, at 9:00 a.m. at U.S. Courthouse in Davenport, Iowa. Estimated length of hearing − 4 hours. Signed by Judge Stephanie M. Rose on 8/7/2013. (nsr) (Entered: 08/07/2013) |
| 08/12/2013 | 35 | Defendant's Reply to 30 Government's Response to Defendant's Motions 20 and 21 filed by Angelo Peter Efthimiatos. Replies due by 8/22/2013. (Helphrey, Diane) Modified on 8/13/2013 to link to Motions 20 and 21 (dmh). (Entered: 08/12/2013) |
| 08/22/2013 | | Case sealed as to Angelo Peter Efthimiatos (rmj) (Entered: 08/22/2013) |
| 08/22/2013 | 36 | SEALED SUPERSEDING INDICTMENT as to Angelo Peter Efthimiatos (1) Counts 1s, 2s. Michael G Efthimiatos (2) Count One. (rmj) Modified on 8/28/2013 (rmj). (Entered: 08/22/2013) |
| 08/22/2013 | 37 | REDACTED SUPERSEDING INDICTMENT by USA as to Angelo Peter Efthimiatos and Michael G Efthimiatos (rmj) (Entered: 08/22/2013) |
| 08/22/2013 | 38 | TEXT Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Grand Jury Presentment as to Angelo Peter Efthimiatos and Michael G Efthimiatos held on 8/22/2013. Richard D. Westphal present for the government. Secret. Warrant for Defendant Michael Efthimiatos to issue. Notice to issue for Defendant Angelo Efthimiatos. Gov. requested Detention. Arraignment set for 8/28/13, at 9:00. (Court Reporter None.) [9:12 − 9:21] (rmj) (Entered: 08/22/2013) |
| 08/22/2013 | | Set Hearings as to Angelo Peter Efthimiatos: Arraignment set for 8/28/2013 09:00 AM in Davenport − Room 120 − 1st Floor before Magistrate Judge Thomas J. Shields. (rmj) (Entered: 08/22/2013) |
| 08/28/2013 | | Case unsealed as to Angelo Peter Efthimiatos, Michael G Efthimiatos (bp ) (Entered: 08/28/2013) |
| 08/28/2013 | 40 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields: Arraignment as to Angelo Peter Efthimiatos (1) on Counts 1s & 2s held on 8/28/2013. (Court Reporter FTR Gold − 140.) (bp ) (Entered: 08/28/2013) |
| 08/28/2013 | 41 | TEXT ORDER SETTING TRIAL as to Angelo Peter Efthimiatos. Jury Trial set for 11/4/2013 09:00 AM in Davenport − Room 120 − 1st Floor before Judge Stephanie M. Rose. Pretrial Conference set for 10/25/2013 03:30 PM in Phone Hearing before Judge Stephanie M. Rose. Signed by Magistrate Judge Thomas J. Shields on 08/28/13. (bp ) (Entered: 08/28/2013) |
| 09/03/2013 | 43 | RESPONSE in Opposition/Resistance by USA as to Angelo Peter Efthimiatos re 21 MOTION to Suppress *Evidence*, 20 MOTION to Suppress *Statements and Request for Evidentiary Hearing* Replies due by 9/13/2013. (Attachments: # 1 Exhibit Fuel Purchase and parking records)(Cronk, Clifford) (Entered: 09/03/2013) |
| 09/04/2013 | 45 | MOTION to Continue *Motion to Suppress Statements and Evidence Hearing* by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 9/16/2013 (Helphrey, Diane) (Entered: 09/04/2013) |
| 09/05/2013 | 49 | RESPONSE in Opposition/Resistance by USA as to Angelo Peter Efthimiatos re 45 MOTION to Continue *Motion to Suppress Statements and Evidence Hearing* Replies due by 9/16/2013. (Cronk, Clifford) (Entered: 09/05/2013) |
| 09/05/2013 | 50 | TEXT ORDER: ORDER granting in part and denying in part 45 Defendant Angelo Peter Efthimiatos's (1) "Motion to Continue Motion to Suppress Statements and Evidence Hearing." The suppression hearing will commence as scheduled at 9:00 a.m. on Friday, September 6, 2013, at the United States Courthouse in Davenport, Iowa. At the conclusion of the government's evidence, the hearing will be adjourned to be continued to a later date to allow Defendant to present evidence. The U.S. Marshals Service shall have Defendant present for the hearing. Signed by Judge Stephanie M. Rose on 9/5/2013. (nsr) (Entered: 09/05/2013) |

| | | |
|---|---|---|
| 09/06/2013 | 56 | Minute Entry for proceedings held before Judge Stephanie M. Rose:Motion Hearing as to Angelo Peter Efthimiatos held on 9/6/2013 re 20 MOTION to Suppress Statements; 21 MOTION to Suppress Evidence filed by Angelo Peter Efthimiatos. Evidence entered, hearing continued to September 16, 2013 at 10:00 AM. (Court Reporter Linda Egbers.) (ms) (Entered: 09/06/2013) |
| 09/06/2013 | 57 | HEARING EXHIBIT LIST (Day 1) as to Angelo Peter Efthimiatos. (ms) (Entered: 09/06/2013) |
| 09/06/2013 | 58 | HEARING WITNESS LIST (Day 1) as to Angelo Peter Efthimiatos (ms) (Entered: 09/06/2013) |
| 09/06/2013 | 62 | TEXT Minute Entry for proceedings held before Judge Stephanie M. Rose. Status Conference as to Angelo Peter Efthimiatos and Michael G Efthimiatos held on 9/6/2013. Present were C Cronk, D Helphrey and J Keith Rigg. Court and counsel discuss trial date. After discussion, trial remains scheduled for 11/4/2013 at 9:00 am. [2:57−3:01pm] (Court Reporter Linda Egbers) (dmh) (Entered: 09/06/2013) |
| 09/16/2013 | 66 | Minute Entry for proceedings held before Judge Stephanie M. Rose:Motion Hearing (Day 2) as to Angelo Peter Efthimiatos held on 9/16/2013 re 20 MOTION to Suppress Statements; 21 MOTION to Suppress Evidence filed by Angelo Peter Efthimiatos. Supplemental briefing due by September 30, 2013. Replies due by October 7, 2013. (Court Reporter Kelli Mulcahy.) (ms) (Entered: 09/16/2013) |
| 09/16/2013 | 67 | HEARING EXHIBIT LIST (Day 2) as to Angelo Peter Efthimiatos. (ms) (Entered: 09/16/2013) |
| 09/16/2013 | 68 | HEARING WITNESS LIST (Day 2) as to Angelo Peter Efthimiatos (ms) (Entered: 09/16/2013) |
| 09/25/2013 | 72 | CJA 23 Financial Affidavit by Angelo Peter Efthimiatos. (bp ) (Entered: 09/26/2013) |
| 09/25/2013 | 73 | ORDER FOR APPOINTMENT OF COUNSEL as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 09/25/13. (bp ) (Entered: 09/26/2013) |
| 09/30/2013 | 74 | BRIEF *in Support of Motion to Suppress Evidence and to Suppress Statement Following Evidentiary Hearing, Supplemental* as to Angelo Peter Efthimiatos (Helphrey, Diane) (Entered: 09/30/2013) |
| 10/07/2013 | 76 | RESPONSE in Opposition/Resistance by USA as to Angelo Peter Efthimiatos re 21 MOTION to Suppress *Evidence*, 20 MOTION to Suppress *Statements and Request for Evidentiary Hearing Response to Supplemental Brief* Replies due by 10/18/2013. (Cronk, Clifford) (Entered: 10/07/2013) |
| 10/08/2013 | 77 | TEXT ORDER: ORDER granting 75 Defendant Michael Efthimiatos's motion to extend deadline for motions. All parties shall have to and including Monday, October 21, 2013, to file any pretrial motions. Signed by Judge Stephanie M. Rose on 10/8/2013.(nsr) (Entered: 10/08/2013) |
| 10/08/2013 | 78 | ORDER granting in part and denying in part 20 Motion to Suppress Statements as to Angelo Peter Efthimiatos (1); denying 21 Motion to Suppress Evidence as to Angelo Peter Efthimiatos (1). Signed by Judge Stephanie M. Rose on 10/8/2013. (ms) (Entered: 10/08/2013) |
| 10/21/2013 | 79 | TEXT ORDER as to Angelo Peter Efthimiatos and Michael G Efthimiatos. By prior order 34 , a telephonic pretrial conference was set for Friday, October 25, 2013, at 3:30 p.m. Due to a change in the Court's schedule, the pretrial conference will be held on October 25, 2013, at 1:00 p.m. At the time of the pretrial conference, counsel should call the Court's "Meet−Me" conference line (515/284−6259) and at the prompt enter 116259 to be connected to the conference call. Signed by Judge Stephanie M. Rose on 10/21/2013.(nsr) (Entered: 10/21/2013) |
| 10/23/2013 | 81 | TEXT ORDER: ORDER SETTING HEARING ON MOTION TO CONTINUE TRIAL DATE. During the telephonic scheduling conference set for October 25, 2013, at 1:00 p.m., the Court will hear arguments on Defendant Michael G. Efthimiatos's resisted "Motion to Continue Trial Date" 80 . Signed by Judge Stephanie M. Rose on 10/23/2013. (nsr) (Entered: 10/23/2013) |

| | | |
|---|---|---|
| 10/25/2013 | 82 | TEXT Minute Entry for pretrial conference and hearing on motion to continue trial 80 held October 25, 2013, before Judge Stephanie M. Rose. Participating in the conference were Clifford R. Cronk III for the Government; Diane Z. Helphrey for Defendant Angelo Efthimiatos; and J. Keith Rigg for Defendant Michael Efthimiatos. Order to follow. (Court Reporter Kelli Mulcahy)(nsr) (Entered: 10/25/2013) |
| 10/28/2013 | 83 | ORDER TO CONTINUE − Ends of Justice as to Defendant Angelo Peter Efthimiatos and Michael G Efthimiatos. Defendant Michael G. Efthimiatos's (2) Unresisted Motion to Continue Trial is Granted. Jury Trial of both Defendants is continued to 1/6/2014 at 9:00 AM in Des Moines − Room 145 − 1st Floor South before Judge Stephanie M. Rose. The deadline for pretrial motions and change−of−plea proceedings is extended to 12/16/2013. Signed by Judge Stephanie M. Rose on 10/28/2013. (nsr) (Entered: 10/28/2013) |
| 11/12/2013 | 84 | MOTION for Withdrawal of Attorney *Due to Conflict* by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. (Helphrey, Diane) (Entered: 11/12/2013) |
| 11/13/2013 | 85 | TEXT ORDER: ORDER granting 84 Diane Helphrey's Motion to Withdraw as Counsel Due to Conflict. Ms. Helphrey's appearance shall be termed. The Clerk of Court shall appoint substitute counsel for Defendant Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 11/13/2013.(nsr) (Entered: 11/13/2013) |
| 11/13/2013 | | Attorney update in case as to Angelo Peter Efthimiatos. Attorney John L Lane for Angelo Peter Efthimiatos added. (bp ) (Entered: 11/13/2013) |
| 11/14/2013 | 86 | NOTICE OF ATTORNEY APPEARANCE: John L Lane appearing for Angelo Peter Efthimiatos (Lane, John) (Entered: 11/14/2013) |
| 11/14/2013 | 87 | ORDER FOR APPOINTMENT OF COUNSEL as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 11/14/2013. (bp ) (Entered: 11/14/2013) |
| 12/05/2013 | 88 | TRANSCRIPT of Proceedings as to Angelo Peter Efthimiatos re 7 Detention Hearing, 6 Preliminary Hearing,, held on 2−25−13 before Judge Shields. Tape/Page No(s): 1−52. Court Reporter/Transcriber Linda Egbers, Telephone number 563−884−7737. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (Egbers, Linda) (Entered: 12/05/2013) |
| 12/06/2013 | 89 | STIPULATED DISCOVERY AND PROTECTIVE ORDER as to Angelo Peter Efthimiatos. Signed by Magistrate Judge Thomas J. Shields on 12/5/2013. (dm) (Entered: 12/06/2013) |
| 12/12/2013 | 90 | TEXT ORDER as to Angelo Peter Efthimiatos and Michael G Efthimiatos. This matter is set for trial during the criminal trial period commencing January 6, 2014. The Court will hold a telephonic scheduling conference with counsel on Tuesday, December 17, 2013, at 3:30 p.m. At the time of the telephone conference, counsel should call the Court's "Meet−Me" conference line (515/284−6259) and at the prompt enter 116259 to be connected to the conference call. Signed by Judge Stephanie M. Rose on 12/12/2013.(nsr) (Entered: 12/12/2013) |
| 12/12/2013 | | Set/Reset Hearings as to Angelo Peter Efthimiatos, Michael G Efthimiatos: Scheduling Conference set for 12/17/2013 03:30 PM in Phone Hearing before Judge Stephanie M. Rose. (nsr) (Entered: 12/12/2013) |
| 12/13/2013 | 91 | TEXT ORDER as to Angelo Peter Efthimiatos and Michael G Efthimiatos. By agreement of counsel and the Court, the scheduling conference set for December 17, 2013, is rescheduled and will be held on Monday, December 16, 2013, at 11:15 a.m. BECAUSE THE COURT HAS OTHER HEARINGS THE MORNING OF DECEMBER 16, THE COURT WILL PLACE THE CONFERENCE CALL TO COUNSEL AT THEIR TELEPHONE NUMBERS SHOWN ON THE DOCKET. Signed by Judge Stephanie M. Rose on 12/13/2013.(nsr) (Entered: 12/13/2013) |
| 12/16/2013 | 92 | NOTICE *of Intent to Plead Guilty* as to Angelo Peter Efthimiatos (Lane, John) (Entered: 12/16/2013) |

| | | |
|---|---|---|
| 12/16/2013 | 93 | TEXT ORDER SETTING CHANGE OF PLEA PROCEEDING. The Court will conduct a Change of Plea Hearing for Defendant Angelo Peter Efthimiatos on December 20, 2013, at 2:00 PM at the Davenport U.S. Courthouse before Magistrate Judge Thomas J. Shields. Signed by Magistrate Judge Thomas J. Shields on 12/16/2013. (dm) (Entered: 12/16/2013) |
| 12/16/2013 | 94 | TEXT Minute Entry for scheduling conference held December 16, 2013, before Judge Stephanie M. Rose. Participating in the conference were Cliff Cronk for the Government; John Lane for Defendant Angelo Efthimiatos; and J. Keith Rigg for Defendant Michael Efthimiatos. Order to follow. (Court Reporter Kelli Mulcahy) (nsr) (Entered: 12/16/2013) |
| 12/20/2013 | 97 | Minute Entry for proceedings held before Magistrate Judge Thomas J. Shields:Change of Plea Hearing as to Angelo Peter Efthimiatos held on 12/20/2013. Sentencing set for 3/21/2014 11:00 AM in Davenport − Room 140 − 1st Floor before Judge Stephanie M. Rose. (Court Reporter Linda Egbers.) (rmj) (Entered: 12/20/2013) |
| 12/20/2013 | 98 | NOTICE AND CONSENT RE ENTRY OF PLEA OF GUILTY by Angelo Peter Efthimiatos. (rmj) (Entered: 12/20/2013) |
| 12/20/2013 | 99 | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY as to Angelo Peter Efthimiatos by Magistrate Judge Thomas J. Shields. Objections to R&R due by 1/6/2014. Signed by Magistrate Judge Thomas J. Shields on 12/20/2013. (rmj) (Entered: 12/20/2013) |
| 12/23/2013 | 100 | ORDER for Presentence Investigation as to Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 12/23/2013. (nsr) (Entered: 12/23/2013) |
| 12/30/2013 | 101 | MOTION to Continue Sentencing by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 1/9/2014 (Lane, John) (Entered: 12/30/2013) |
| 01/03/2014 | 102 | *** SENT IN ERROR **** TEXT ORDER as to Defendant Angelo Peter Efthimiatos (1). ORDER granting 101 Defendant Angelo Peter Efthimiatos's (1) Unresisted Motion to Continue Sentencing. Sentencing, now set for March 21, 2014, is continued and will be held on Friday, April 28, 2014, at 11:00 a.m. at the United States Courthouse in Davenport, Iowa. Signed by Judge Stephanie M. Rose on 1/3/2014. (nsr) Modified on 1/3/2014 (sc). (Entered: 01/03/2014) |
| 01/03/2014 | 103 | TEXT ORDER as to Defendant Angelo Peter Efthimiatos. ORDER granting 101 Defendant Angelo Peter Efthimiatos's (1) Unresisted Motion to Continue Sentencing. Sentencing, now set for March 21, 2014, is continued and will be held on Friday, April 25, 2014, at 11:00 a.m. at the United States Courthouse in Davenport, Iowa. Signed by Judge Stephanie M. Rose on 1/3/2014. (nsr) (Entered: 01/03/2014) |
| 01/10/2014 | 110 | ORDER Accepting Report and Recommendation Regarding 99 Plea of Guilty as to Angelo Peter Efthimiatos (1). Signed by Judge Stephanie M. Rose on 1/10/2014. (nsr) (Entered: 01/10/2014) |
| 01/10/2014 | 111 | MOTION for Court Order allowing Contact Visit by Defendant With His Family by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 1/21/2014 (Lane, John) (Entered: 01/10/2014) |
| 01/13/2014 | 112 | TEXT ORDER: ORDER denying for correctional security reasons 111 Defendant Angelo Efthimiatos's (1) Motion for Court Order Allowing Contact Visit by Defendant With his family. Signed by Judge Stephanie M. Rose on 1/13/2014.(nsr) (Entered: 01/13/2014) |
| 01/28/2014 | 119 | TRANSCRIPT of Proceedings as to Angelo Peter Efthimiatos re 97 Change of Plea Hearing, held on 12−20−13 before Judge Shields. Tape/Page No(s): 1−40. Court Reporter/Transcriber Linda Egbers, Telephone number 563−884−7737. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 2/21/2014. Redacted Transcript Deadline set for 3/3/2014. Release of Transcript Restriction set for 5/1/2014. (Egbers, Linda) (Entered: 01/28/2014) |
| 02/03/2014 | 126 | PRESENTENCE INVESTIGATION REPORT DRAFT (Sealed) as to Angelo Peter Efthimiatos (Herrera, Kristin) (Entered: 02/03/2014) |

| | | |
|---|---|---|
| 02/14/2014 | 160 | MOTION for Extension *of time to file objections to PSR* by USA as to Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 2/24/2014 (Cronk, Clifford) (Entered: 02/14/2014) |
| 02/14/2014 | 161 | Unresisted MOTION for Extension *of Time to File Objections to Presentence Investigation Report* by Angelo Peter Efthimiatos. Motions referred to Thomas J. Shields. Responses due by 2/24/2014 (Lane, John) (Entered: 02/14/2014) |
| 02/14/2014 | 162 | TEXT ORDER AS TO DEFENDANT ANGELO PETER EFTHIMIATOS (1): ORDER granting 160 and 161 motions for additional time to file objections to the Presentence Report. Both Defendant Angelo Peter Efthimiatos and the Government shall have to and including Monday, February 24, 2014, to file objections to the Presentence Report. The Probation Office shall have until March 3, 2014, to facilitate an objection meeting with counsel. Signed by Judge Stephanie M. Rose on 2/14/2014.(nsr) (Entered: 02/14/2014) |
| 02/24/2014 | 164 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 126 as to Angelo Peter Efthimiatos. (Attachments: # 1 Incarcerated dates at the Westchester County Correctional facility, # 2 United States v. Kerem Dayi, # 3 News Release on Potential Reduction to Drug Trafficking Sentences)(Lane, John) (Entered: 02/24/2014) |
| 02/24/2014 | 165 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 126 as to Angelo Peter Efthimiatos. (Cronk, Clifford) (Entered: 02/24/2014) |
| 02/24/2014 | | Judge update in case as to Angelo Peter Efthimiatos, Michael G Efthimiatos. Magistrate Judge Helen C. Adams added. Magistrate Judge Thomas J. Shields no longer assigned to case. (Boes, Jackson) (Entered: 02/24/2014) |
| 03/18/2014 | 168 | MOTION for Hearing/Oral Arguments *on forfeiture* by USA as to Angelo Peter Efthimiatos. Responses due by 3/28/2014 (Cronk, Clifford) (Entered: 03/18/2014) |
| 04/01/2014 | 170 | TEXT ORDER as to Angelo Peter Efthimiatos. Forfeiture Hearing set for Thursday, April 24, 2014, at 9:00 AM in Davenport Courthouse before Judge Stephanie M. Rose. The U.S. Marshals Service shall have Defendant Angelo Peter Efthimiatos present for the hearing. Signed by Judge Stephanie M. Rose on 4/1/2014.(nsr) (Entered: 04/01/2014) |
| 04/01/2014 | 171 | TEXT ORDER as to Angelo Peter Efthimiatos. By agreement of counsel and the Court, sentencing is continued to Thursday, June 19, 2014, at 1:00 p.m. in Davenport Courthouse before Judge Stephanie M. Rose. Signed by Judge Stephanie M. Rose on 4/1/2014.(nsr) (Entered: 04/01/2014) |
| 04/03/2014 | 173 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Angelo Peter Efthimiatos (Attachments: # 1 DEFENSE final letter, # 2 GOVT final letter)(Callear, Patty) (Entered: 04/03/2014) |
| 04/03/2014 | 174 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 169 as to Michael G Efthimiatos. (Rigg, J) Modified on 4/4/2014 to remove reference to co−defendant (dmh). (Entered: 04/03/2014) |
| 04/22/2014 | 176 | PRETRIAL MEMORANDUM/BRIEF *in support of forfeiture* by Angelo Peter Efthimiatos (Cronk, Clifford) (Entered: 04/22/2014) |
| 04/24/2014 | 177 | Minute Entry for proceedings held before Judge Stephanie M. Rose: Forfeiture Hearing as to Angelo Peter Efthimiatos held on 4/24/2014. See also ECF Nos. 168, 176. Forfeiture granted, order to follow. (Court Reporter Kelli Mulcahy.) (DT) (Entered: 04/24/2014) |
| 04/24/2014 | 178 | EXHIBIT LIST as to Angelo Peter Efthimiatos, in re 177 Forfeiture Hearing. (DT) (Entered: 04/24/2014) |
| 04/24/2014 | 179 | Sealed Government Exhibits 1−11 from Forfeiture Hearing (DT) (Entered: 04/24/2014) |
| 04/24/2014 | 180 | WITNESS LIST as to Angelo Peter Efthimiatos, in re 177 Forfeiture Hearing. (DT) (Entered: 04/24/2014) |
| 05/05/2014 | 181 | PRELIMINARY ORDER OF FORFEITURE as to Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 5/5/2014. (DT) (Entered: 05/05/2014) |

| | | |
|---|---|---|
| 05/30/2014 | 182 | First MOTION for Leave to Appear Pro Hac Vice filed by Attorney James F. McLaughlin on behalf of Claimant Daniel Kropas. Motion referred to Helen C. Adams. (McLaughlin, James) (Entered: 05/30/2014) |
| 05/30/2014 | 183 | TEXT ORDER granting 182 Motion for Leave to Appear Pro Hac Vice as to Attorney James F. McLaughlin on behalf of Claimant Daniel Kropas. Signed by D. Hanghian for Clerk Marjorie E. Krahn on 5/30/2014. (dmh) (Entered: 05/30/2014) |
| 06/02/2014 | 184 | First MOTION for Extension *of Time* by Daniel Kropas as to Angelo Peter Efthimiatos. Motions referred to Helen C. Adams. Responses due by 6/12/2014 (McLaughlin, James) (Entered: 06/02/2014) |
| 06/02/2014 | 185 | First MOTION for Extension *of Time* by Daniel Kropas as to Angelo Peter Efthimiatos. Motion referred to Helen C. Adams. Responses due by 6/12/2014 (McLaughlin, James) Modified on 6/2/2014 to remove reference to Michael Efthimiatos (dmh). (Entered: 06/02/2014) |
| 06/02/2014 | 186 | RESPONSE to Motion by USA as to Angelo Peter Efthimiatos re 185 First MOTION for Extension *of Time* Replies due by 6/12/2014. (McGuire, Maureen) (Entered: 06/02/2014) |
| 06/03/2014 | 187 | ORDER granting 184 / 185 Motion for Extension. Claimant's deadline to file a 21 U.S.C. § 853 petition is extended until Wednesday, July 9, 2014. The Government shall have until Monday, July 14, 2014, to respond. Any replies are due on Wednesday, July 16, 2014. A hearing on the matter is set for Friday, July 18, 2014, at 9:00 a.m. in Davenport, Iowa. Signed by Judge Stephanie M. Rose on 6/3/2014. (Ternavska, Dasha) (Entered: 06/03/2014) |
| 06/04/2014 | 188 | Petition to Adjudicate Rights filed by U.S. Flight Aircraft Maintenance as to Angelo Peter Efthimiatos, re: 181 Order for Forfeiture of Property. (bp ) Modified on 6/9/2014 changed from notice to petition (don, ). (Entered: 06/04/2014) |
| 06/04/2014 | | Set Hearing as to Angelo Peter Efthimiatos: Hearing on Claimant Daniel Kropas' Petition for Rehearing is set for 7/18/2014 at 09:00 AM in Davenport − Room 120 − 1st Floor before Judge Stephanie M. Rose. (dmh) (Entered: 06/04/2014) |
| 06/06/2014 | 189 | ORDER Regarding Sentencing Hearing as to Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 6/6/2014. (nsr) (Entered: 06/06/2014) |
| 06/09/2014 | 191 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT (SEALED) 173 as to Angelo Peter Efthimiatos. *(Supplemental)* (Lane, John) (Entered: 06/09/2014) |
| 06/09/2014 | 192 | NOTICE *Declaration of Publication* as to Angelo Peter Efthimiatos re 181 Order for Forfeiture of Property (Attachments: # 1 Exhibit Notice of Forfeiture/Advertisement Certification Report)(McGuire, Maureen) (Entered: 06/09/2014) |
| 06/09/2014 | 193 | TEXT ORDER on 188 Petition to Adjudicate Rights as to Angelo Peter Efthimiatos (1) filed by U.S. Flight Aircraft Maintenance. The Government is ordered to respond by the end of the day on Wednesday, June 18, 2014. Any replies are due by the end of the day on Friday, June 27, 2014. Claimant is advised that, upon review of the filings in this case, the Court may schedule a hearing on the Petition to Adjudicate Rights filed by the Claimant, to be held in conjunction with a hearing on an anticipated second petition to adjudicate rights by another third party under 21 U.S.C. § 853(n)(2) that has been set for Friday, July 18, 2014, at 9:00 a.m. in Davenport, Iowa [see ECF Nos. 185; 187]. Signed by Judge Stephanie M. Rose on 6/9/2014.(DT) (Entered: 06/09/2014) |
| 06/10/2014 | | Set Deadline as to Angelo Peter Efthimiatos, Michael G Efthimiatos: Responses due by 6/18/2014 188 . (bp ) (Entered: 06/10/2014) |
| 06/10/2014 | 194 | PETITION to Adjudicate Rights by Westconn Aviation LLC as to Angelo Peter Efthimiatos, Michael G Efthimiatos. Responses due by 6/20/2014 (bp ) (Entered: 06/10/2014) |
| 06/10/2014 | 195 | TEXT ORDER on 194 Petition to Adjudicate Rights as to Angelo Peter Efthimiatos (1): The Government is ordered to respond by the end of the day on Wednesday, June 18, 2014. Any replies are due by the end of the day on Friday, June 27, 2014. Claimant is advised that, upon review of the filings in this case, the Court may schedule a hearing on the Petition to Adjudicate Rights filed by the Claimant, to be held in |

| | | |
|---|---|---|
| | | conjunction with a hearing on an anticipated second petition to adjudicate rights by another third party under 21 U.S.C. § 853(n)(2) that has been set for Friday, July 18, 2014, at 9:00 a.m. in Davenport, Iowa [see ECF Nos. 185; 187; 188; 193]. Signed by Judge Stephanie M. Rose on 6/10/2014. (Ternavska, Dasha) Modified on 6/10/2014 to add "TEXT" (dmh). (Entered: 06/10/2014) |
| 06/10/2014 | 196 | REVISED FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Angelo Peter Efthimiatos (Callear, Patty) (Entered: 06/10/2014) |
| 06/10/2014 | | Set/Reset Deadlines as to Angelo Peter Efthimiatos: Responses due by 6/18/2014 in re 194 . (DT) (Entered: 06/10/2014) |
| 06/10/2014 | | Set Deadlines re 194 PETITION to Adjudicate Rights. Response due by 6/18/2014. Replies due by 6/27/2014. (dmh) (Entered: 06/10/2014) |
| 06/12/2014 | 198 | SENTENCING MEMORANDUM/BRIEF by Angelo Peter Efthimiatos (Lane, John) (Entered: 06/12/2014) |
| 06/13/2014 | 199 | SENTENCING MEMORANDUM/BRIEF by Angelo Peter Efthimiatos (Attachments: # 1 Declaration of Victim Losses)(Lane, John) (Entered: 06/13/2014) |
| 06/13/2014 | 202 | SENTENCING MEMORANDUM/BRIEF by USA as to Angelo Peter Efthimiatos (Cronk, Clifford) (Entered: 06/13/2014) |
| 06/16/2014 | 203 | RESPONSE to Motion by USA as to Angelo Peter Efthimiatos re 188 PETITION to Adjudicate Rights *Stipulation to Recognize Claim of U.S. Flight Aircraft Maintenance* Replies due by 6/26/2014. (McGuire, Maureen) (Entered: 06/16/2014) |
| 06/17/2014 | 204 | NOTICE *of Service* as to Angelo Peter Efthimiatos re 181 Order for Forfeiture of Property (McGuire, Maureen) (Entered: 06/17/2014) |
| 06/18/2014 | 205 | RESPONSE to Motion by USA as to Angelo Peter Efthimiatos re 194 PETITION to Adjudicate Rights *Stipulation to Recognize Claim of Westconn Aviation, LLC* Replies due by 6/30/2014. (McGuire, Maureen) (Entered: 06/18/2014) |
| 06/19/2014 | 206 | Minute Entry for proceedings held before Judge Stephanie M. Rose: Sentencing held on 6/19/2014 for Angelo Peter Efthimiatos (1): Counts 1 and 2 superseded. On each of Counts 1s and 2s, Defendant is sentenced to 57 months of incarceration, to run concurrently. A 3−year term of SR to follow on Count 1s, and a 2−year term of SR to follow on Count 2s, to run concurrently. Court orders a $100 special assessment on each count ($200 total). Court orders $5,000 in restitution. (Court Reporter Kelli Mulcahy.) (Main Document 206 replaced on 6/20/2014 to reflect correct restitution and SR details) (DT) (Entered: 06/19/2014) |
| 06/19/2014 | 212 | JUDGMENT IN A CRIMINAL CASE as to Angelo Peter Efthimiatos (1): Counts 1 and 2 superseded. On Counts 1s and 2s, Defendant is sentenced to 57 months of incarceration, to run concurrently. A 3−year term of SR to follow on Count 1s, and a 2−year term of SR to follow on Count 2s, to run concurrently. Court orders a $100 special assessment on each count. Court orders $5,000 in restitution. Signed by Judge Stephanie M. Rose on 6/19/2014. (DT) (Entered: 06/20/2014) |
| 06/19/2014 | 213 | Sealed Judgment (DT). (Entered: 06/20/2014) |
| 06/20/2014 | 214 | EXHIBITS RECEIVED by Clifford R Cronk, III on behalf of USA from Forfeiture Hearing 177 (see also 178 Exhibit List, 179 Sealed Exhibits). (DT) (Entered: 06/20/2014) |
| 07/03/2014 | 218 | First PETITION to Adjudicate Rights *regarding forfeited property* by Daniel Kropas as to Angelo Peter Efthimiatos. Responses due by 7/14/2014 (Attachments: # 1 Affidavit Affidavit of Claimant, # 2 Affidavit Affidavit of Witness, # 3 Exhibit Claimant's Exhibits)(McLaughlin, James) (Entered: 07/03/2014) |
| 07/03/2014 | 219 | NOTICE OF APPEAL by Angelo Peter Efthimiatos re 212 Judgment,. (Lane, John) (Entered: 07/03/2014) |
| 07/03/2014 | 220 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to Angelo Peter Efthimiatos re 219 Notice of Appeal − Final Judgment filed on 07/03/14 (bp) (Entered: 07/03/2014) |

| | | |
|---|---|---|
| 07/09/2014 | 221 | USCA Case Number as to Angelo Peter Efthimiatos. Case Number 14−2612 for 219 Notice of Appeal − Final Judgment filed by Angelo Peter Efthimiatos. (bp ) (Entered: 07/09/2014) |
| 07/09/2014 | 222 | USCA Scheduling Order as to 219 Notice of Appeal − Final Judgment filed by Angelo Peter Efthimiatos. (bp ) (Entered: 07/09/2014) |
| 07/10/2014 | 223 | First MOTION for Hearing/Oral Arguments *to appear telephonically* by Daniel Kropas as to Angelo Peter Efthimiatos, Michael G Efthimiatos. Responses due by 7/21/2014 (McLaughlin, James) (Entered: 07/10/2014) |
| 07/10/2014 | 224 | ORDER: ORDER denying 223 Claimant Daniel J. Kropas's Motion to Appear Telephonically. Signed by Judge Stephanie M. Rose on 7/10/2014. (nsr) (Entered: 07/10/2014) |
| 07/11/2014 | 225 | MOTION to Dismiss *Claim* by USA as to Angelo Peter Efthimiatos, Michael G Efthimiatos. Responses due by 7/21/2014 (Attachments: # 1 Brief in Support, # 2 Exhibit Faa Docs)(McGuire, Maureen) (Entered: 07/11/2014) |
| 07/11/2014 | 226 | TEXT ORDER as to Angelo Peter Efthimiatos re 225 MOTION to Dismiss *Claim* : Claimant Daniel J. Kropas shall have until the close of business on Monday, July 14, 2014, to file any resistance to the Motion to Dismiss. The previously set evidentiary hearing shall remain set for Friday, July 18, 2014, at 9:00 a.m. in Davenport, Iowa, until further notice. Signed by Judge Stephanie M. Rose on 7/11/2014. (DT) (Entered: 07/11/2014) |
| 07/14/2014 | 227 | RESPONSE in Opposition/Resistance by Daniel Kropas as to Angelo Peter Efthimiatos, Michael G Efthimiatos re 225 MOTION to Dismiss *Claim of Daniel Kropas* Replies due by 7/24/2014. (Attachments: # 1 Exhibit Exhibits by Claimant)(McLaughlin, James) (Entered: 07/14/2014) |
| 07/14/2014 | 228 | TEXT ORDER in re 225 Motion to Dismiss Claim by USA and 227 Resistance by Claimant. The Court will rule on the issue of standing at the beginning of the Motion Hearing set for 9:00 am on Friday, July 18, 2014. The previously imposed deadline for the Government response to 218 Petition to Adjudicate Rights by Claimant is continued from Monday, July 14, 2014, to the close of business on Tuesday, July 15, 2014. Parties are to be prepared to present evidence and argument on both matters on Friday, July 18, 2014.Signed by Judge Stephanie M. Rose on 7/14/2014. (DT) (Entered: 07/14/2014) |
| 07/15/2014 | 229 | NOTICE *United States' Reply* as to Angelo Peter Efthimiatos re 225 Motion to Dismiss Claim. (McGuire, Maureen) Modified on 7/16/2014 to change link (rmj). (Entered: 07/15/2014) |
| 07/16/2014 | 230 | TRANSCRIPT of Proceedings as to Angelo Peter Efthimiatos re 206 Sentencing,, held on June 19, 2014 before Judge Stephanie M. Rose. Tape/Page No(s): 1 − 40. Court Reporter/Transcriber Kelli Mulcahy, Telephone number (515)284−6219. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 8/11/2014. Redacted Transcript Deadline set for 8/21/2014. Release of Transcript Restriction set for 10/17/2014. (Mulcahy, Kelli) (Entered: 07/16/2014) |
| 07/16/2014 | 231 | First PETITION to Adjudicate Rights *is withdrawn* by Daniel Kropas as to Angelo Peter Efthimiatos, Michael G Efthimiatos. Responses due by 7/28/2014 (McLaughlin, James) (Entered: 07/16/2014) |
| 07/17/2014 | 232 | Documents Sent, re: 219 Notice of Appeal − Final Judgment. (bp ) (Entered: 07/17/2014) |
| 07/18/2014 | 233 | WITHDRAWAL of Motion by Daniel Kropas as to Angelo Peter Efthimiatos, Michael G Efthimiatos re 218 First PETITION to Adjudicate Rights *regarding forfeited property* filed by Daniel Kropas. See entry #231, filed incorrectly. (bp ) (Entered: 07/18/2014) |
| 07/29/2014 | 234 | TRANSCRIPT of Proceedings as to Angelo Peter Efthimiatos re 177 Forfeiture Hearing held on April 24, 2014 before Judge Stephanie M. Rose. Tape/Page No(s): 1 − 71. Court Reporter/Transcriber Kelli Mulcahy, Telephone number (515)284−6219. |

| | | |
|---|---|---|
| | | Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 8/22/2014. Redacted Transcript Deadline set for 9/2/2014. Release of Transcript Restriction set for 10/30/2014. (Mulcahy, Kelli) (Entered: 07/29/2014) |
| 07/29/2014 | 235 | TRANSCRIPT of Proceedings as to Michael G Efthimiatos re 207 Sentencing held on June 19, 2014 before Judge Stephanie M. Rose. Tape/Page No(s): 1 − 61. Court Reporter/Transcriber Kelli Mulcahy, Telephone number (515)284−6219. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 8/22/2014. Redacted Transcript Deadline set for 9/2/2014. Release of Transcript Restriction set for 10/30/2014. (Mulcahy, Kelli) (Entered: 07/29/2014) |
| 08/06/2014 | 237 | Documents Sent, re: 219 Notice of Appeal − Final Judgment. (bp ) (Entered: 08/06/2014) |
| 08/08/2014 | 239 | Final MOTION for Forfeiture of Property by USA as to Angelo Peter Efthimiatos. Responses due by 8/18/2014 (Attachments: # 1 Text of Proposed Order)(McGuire, Maureen) (Entered: 08/08/2014) |
| 08/13/2014 | 242 | FINAL ORDER OF FORFEITURE as to Defendant Angelo Peter Efthimiatos (1). Signed by Judge Stephanie M. Rose on 8/13/2014. (nsr) (Entered: 08/13/2014) |
| 09/09/2014 | 244 | Judgment Returned Executed as to Angelo Peter Efthimiatos on 9/2/2014. Defendant committed to USP Canaan, Waymart, Pennsylvania. (sc ) (Entered: 09/09/2014) |
| 09/15/2014 | 245 | PARTIAL TRANSCRIPT of Proceedings − Testimony of Jack Martin Cooper as to Angelo Peter Efthimiatos, Michael G Efthimiatos re 130 Jury Trial (Day 2 through last day) held on February 4, 2014 before Judge Stephanie M. Rose. Tape/Page No(s): 1 − 36. Court Reporter/Transcriber Kelli Mulcahy, Telephone number (515)284−6219. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 10/9/2014. Redacted Transcript Deadline set for 10/20/2014. Release of Transcript Restriction set for 12/18/2014. (Mulcahy, Kelli) (Entered: 09/15/2014) |
| 09/15/2014 | 246 | PARTIAL TRANSCRIPT of Proceedings − Testimony of Jay Bump as to Angelo Peter Efthimiatos, Michael G Efthimiatos re 134 Jury Trial (Day 2 through last day) held on February 6, 2014 before Judge Stephanie M. Rose. Tape/Page No(s): 1 − 62. Court Reporter/Transcriber Kelli Mulcahy, Telephone number (515)284−6219. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 10/9/2014. Redacted Transcript Deadline set for 10/20/2014. Release of Transcript Restriction set for 12/18/2014. (Mulcahy, Kelli) (Entered: 09/15/2014) |
| 10/30/2014 | 247 | NOTICE OF SALE as to Angelo Peter Efthimiatos. (bp ) (Entered: 10/30/2014) |
| 11/10/2014 | 248 | Documents Sent re 219 Notice of Appeal − Final Judgment. (bp ) (Entered: 11/10/2014) |
| 02/13/2015 | | PUBLIC DOCKET ANNOTATION as to Angelo Peter Efthimiatos: HC2255 filed on 2/10/15 under civil number 4−15−cv−45 (don, ) (Entered: 02/13/2015) |
| 02/25/2015 | 255 | OPINION/JUDGMENT of USCA as to Angelo Peter Efthimiatos re 219 Notice of Appeal − Final Judgment (Attachments: # 1 Opinion, # 2 Judgment) (bp ) (Entered: 02/26/2015) |
| 04/27/2015 | 262 | MANDATE of USCA as to Angelo Peter Efthimiatos. (bp ) (Entered: 04/27/2015) |
| 05/04/2015 | 264 | MOTION to Amend Judgment and Commitment Order by Angelo Peter Efthimiatos. Responses due by 5/14/2015 *NOTE: Two envelopes sent to Davenport containing this pleading − one for Judge Rose and one for Clerk's Office. (Attachments: # 1 Case law, # 2 Envelopes) (rmj) Modified on 5/4/2015 (rmj). (Entered: 05/04/2015) |

| | | |
|---|---|---|
| 05/22/2015 | 265 | REPLY to Motion by Angelo Peter Efthimiatos re 264 MOTION to Alter/Amend Judgment (bp ) (Entered: 05/22/2015) |
| 06/02/2015 | 266 | EMERGENCY MOTION to Sign Amended 212 Judgment and Commitment Order by Angelo Peter Efthimiatos. Responses due by 6/12/2015 (bp ) (Entered: 06/02/2015) |
| 06/03/2015 | 267 | NOTICE as to Angelo Peter Efthimiatos. (bp ) (Entered: 06/03/2015) |
| 06/08/2015 | 269 | NOTICE as to Angelo Peter Efthimiatos re 266 MOTION to Amend/Correct 212 Judgment, (bp ) (Entered: 06/09/2015) |
| 06/23/2015 | 270 | INITIAL REVIEW ORDER filed in 4:15−cv−00045. For the reasons set forth in the written order, the 2255 Motion (1) is DENIED. Outstanding motions on the civil docket ((3), (4), (5), (6)) and this criminal docket ( 264 , 266 ) are DENIED as moot. Signed by Judge Stephanie M. Rose on 6/23/2015. (DT) (Entered: 06/23/2015) |
| 06/25/2015 | 271 | Judgment filed in 4:15−cv−45 as to Angelo Peter Efthimiatos. (sc) (Entered: 06/25/2015) |
| 08/05/2015 | 273 | NOTICE OF APPEAL ***Original filed in the 8th CCA on 7/13/15*** by Angelo Peter Efthimiatos re 270 Order on Motion to Alter Judgment,, Order on Motion to Amend/Correct,. (don, ) (Entered: 08/05/2015) |
| 08/05/2015 | 274 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA as to Angelo Peter Efthimiatos re 273 Notice of Appeal − Final Judgment filed on 8/5/2015 (don, ) (Entered: 08/05/2015) |
| 03/01/2016 | 275 | EXHIBIT WITHDRAWAL LETTER to John L Lane. Withdrawal of Exhibits due by 3/31/2016. (Attachments: # 1 Receipt for Exhibits) (bp ) (Entered: 03/01/2016) |
| 03/01/2016 | 276 | EXHIBIT WITHDRAWAL LETTER to Clifford R Cronk, III. Withdrawal of Exhibits due by 3/31/2016. (Attachments: # 1 Receipt for Exhibits) (bp ) (Entered: 03/01/2016) |
| 03/10/2016 | 277 | EXHIBITS RECEIVED by John L Lane. (bp ) (Entered: 03/10/2016) |
| 03/10/2016 | 278 | EXHIBITS RECEIVED by Clifford R Cronk, III (bp ) (Entered: 03/10/2016) |
| 12/07/2017 | 287 | ORDER on Status Report and Issuance of a Summons as to defendant Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 12/7/2017. (bp ) (Entered: 12/07/2017) |
| 12/07/2017 | 288 | Summons Issued in case as to Angelo Peter Efthimiatos. Hearing set for 1/17/2018 10:00 AM in Davenport − Room 120 − 1st Floor before Judge Stephanie M. Rose. (bp ) (Main Document 288 replaced on 1/16/2018) (bp). (Entered: 12/07/2017) |
| 12/27/2017 | | ***CJA Attorney Appointment accepted by Attorney Andrea D Mason for Angelo Peter Efthimiatos. (bp) (Entered: 12/27/2017) |
| 01/03/2018 | 289 | Summons Returned Executed on 01/02/18 as to Angelo Peter Efthimiatos. (bp) (Entered: 01/03/2018) |
| 01/17/2018 | 290 | Minute Entry for proceedings held before Judge Stephanie M. Rose: Initial Appearance − Violation Proceedings of Supervised Release as to Angelo Peter Efthimiatos held on 1/17/2018. Defendant was appointed counsel. (Court Reporter Linda Egbers.) (kmc) (Entered: 01/17/2018) |
| 01/17/2018 | 291 | Minute Entry for proceedings held before Judge Stephanie M. Rose: Status Conference re 287 Order on Status Report as to Angelo Peter Efthimiatos held on 1/17/2018. (Court Reporter Linda Egbers.) (kmc) (Entered: 01/17/2018) |
| 01/17/2018 | 292 | CJA 23 Financial Affidavit by Angelo Peter Efthimiatos. (kmc) (Entered: 01/19/2018) |
| 01/17/2018 | 293 | ORDER FOR APPOINTMENT OF COUNSEL as to Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 1/17/2018. (kmc) (Entered: 01/19/2018) |
| 01/19/2018 | 296 | ORDER MODIFYING THE CONDITIONS OF SUPERVISED RELEASE as to Angelo Peter Efthimiatos. Signed by Judge Stephanie M. Rose on 1/19/2018. (kmc) (Entered: 01/20/2018) |
| 01/20/2018 | 294 | EXHIBIT AND WITNESS LIST as to Angelo Peter Efthimiatos in re 291 Status Conference. (kmc) (Entered: 01/20/2018) |

| | | |
|---|---|---|
| 01/20/2018 | 295 | EXHIBITS RECEIVED by Andrea D Mason re 291 . (kmc) (Entered: 01/20/2018) |
| 04/12/2018 | 301 | Warrant of Arrest Returned Executed on 4/12/18 in case as to Angelo Peter Efthimiatos. (dmh) (Entered: 04/12/2018) |
| 10/15/2018 | 303 | Emergency Petition for a Writ of Mandamus, Declaratory Judgment and Injunctive Relief filed with the 8th Circuit Court of Appeals as to Angelo Peter Efthimiatos. (bp) (Entered: 10/22/2018) |
| 10/16/2018 | 302 | TRANSCRIPT of Proceedings as to Angelo Peter Efthimiatos re 291 Status Conference held on 1−17−18 before Judge Rose. Tape/Page No(s): 1−38. Court Reporter/Transcriber Linda Egbers, Telephone number 563−884−7737. Transcript may be viewed at court public terminal or purchased through Court Reporter/Transcriber before deadline for Release of Transcript Restriction. After that date it may be obtained through court reporter, Clerk's Office, or PACER. Redaction Request due 11/9/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/17/2019. (Egbers, Linda) (Entered: 10/16/2018) |
| 10/22/2018 | 304 | Judgment from the 8th Circuit Court of Appeals as to Angelo Peter Efthimiatos re 303 Notice (Other). Petition for writ of mandamus has been considered by the court and is denied. (bp) (Entered: 10/22/2018) |
| 10/22/2018 | 305 | MANDATE from the 8th Circuit Court of Appeals as to Angelo Peter Efthimiatos. (bp) (Entered: 10/22/2018) |