AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
USMS S/IOWA

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

2018 APR 12 P 1:40

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:13-cr-00015 |
| | ) | |
| | ) | |
| ANGELO PETER EFTHIMIATOS | ) | **USDC D-VT** |
| | ) | **2:18-cr--136-1** |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angelo Peter Efthimiatos                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Supervised Release Violation (see petition).

Date:     04/12/2018                                   Issued by U.S. District Judge Stephanie M. Rose

                                                                                *Issuing officer's signature*

                                                                                WARRANT ISSUED

City and state:     Davenport, Iowa                                  JOHN S. COURTER, Clerk

                                                                                By:   *Deborah M. Haughian*

                                                                                        DEPUTY CLERK

**Return**

This warrant was received on *(date)*   4/12/18   , and the person was arrested on *(date)*   4/12/18
at *(city and state)*   Rutland, VT   .

Date:   4/12/18                                              *[signature]* M O'Neal

                                                                                *Arresting officer's signature*

                                                                                SDUSM  Sean M. O'Neal

                                                                                *Printed name and title*