REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                               Case No. 2:18-cr-49-1, 2:18-cr-136-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m., on, Thursday, November 29, 2018, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a hearing on Motion in Limine *Regarding Admissibility of Evidence* (Doc. 49), Motion to Dismiss on Speedy Trial Act (Doc. 53), Motion in Limine *to Exclude Statements Obtained in Violation of Miranda* (Doc. 54), Motion in Limine *to Exclude Irrelevant and Prejudicial Evidence* (Doc. 55) in Docket 2:18-cr-49-1 and the Continuation of the Initial Appearance Hearing on Rule 32.1 in Docket 2:18-cr-136-1.

Location: Courtroom 542                                JEFFREY S. EATON, Clerk
                                                                       By: */s/ Patricia A. Casey*
                                                                           Deputy Clerk
                                                                           11/26/2018

TO:

Eugenia A. Cowles, AUSA
Nicole P. Cate, AUSA

Craig S. Nolan, Esq.

Anne Pierce, Court Reporter