NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                             Case No. 2:18-cr-136-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been scheduled for 10:30 a.m. on Thursday, December 13, 2018, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge for an Initial Appearance on Revocation Proceedings.

Location: Courtroom 440                    JEFFREY S. EATON, Clerk
By: */s/ H. Beth Cota*
Deputy Clerk
12/7/2018

TO:

Eugenia A. Cowles, AUSA

Nicole P. Cate, AUSA

Craig S. Nolan, Esq.