**REVISED** NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

     v.                                                      Case No. 2:18-cr-136-1

Angelo Peter Efthimiatos

TAKE NOTICE that the above-entitled case has been rescheduled to 11:00 a.m. on Thursday, December 20, 2018, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Initial Appearance on Revocation Proceedings.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| *Previously scheduled for: 12/13/2018, 10:30 a.m.* | By: */s/ H. Beth Cota* |
| | Deputy Clerk |
| | 12/13/2018 |

TO:

Eugenia A. Cowles, AUSA

Nicole P. Cate, AUSA

Craig S. Nolan, Esq.